Milo Steven Marsden (#4879)
**DORSEY & WHITNEY LLP**
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email:  marsden.steve@dorsey.com

John P. Stigi III (*pro hac vice*)
**SHEPPARD MULLIN RICHTER &
    HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: (310) 228-3700
Facsimile: (801) 228-3917
Email: JStigi@sheppardmullin.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL INFORZATO,<br><br>          Plaintiff,<br><br>vs.<br><br>DARREN JAY JENSEN, et al.,<br><br>          Defendants. | **STIPULATED MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE**<br><br>Civil No. 2:17-cv-00317-JNP<br><br>Judge Jill N. Parrish |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all parties to this

action, by and through undersigned counsel, hereby stipulate and jointly move this Court for an

order dismissing the Verified Shareholder Derivative Complaint and Jury Demand[1] without prejudice, each party to bear its own fees and costs. No payment has been made, nor will one be made, to Plaintiff or his attorneys for this dismissal. A copy of the proposed order of dismissal without prejudice, which has been approved as to form and content by all parties, is attached as Exhibit A.

DATED this 17th day of November, 2017.          **DORSEY & WHITNEY LLP**

By:   /s/ *Milo Steven Marsden*
Milo Steven Marsden
**DORSEY & WHITNEY LLP**
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com

John P. Stigi III
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3917
Email: JStigi@sheppardmullin.com

*Attorneys for Defendants*

*DARREN JAY JENSEN, MARK R. JAGGI, MICHAEL A. BEINDORFF, DAVID S. MANOVICH, GARRY M. MAURO, GEORGE E. METZGER, RICHARD OKUMOTO, DAVID TOOLE, RAYMOND B. GREER, VINAYAK R. HEGDE, DARWIN K. LEWIS and LIFEVANTAGE CORPORATION*

---

[1] Docket no. 2, filed April 24, 2017.

3

DATED this 17th day of November, 2017.    Abbott Law Firm


By:   /s/ *Nelson Abbott* (with permission)
      Nelson Abbott
      **Abbott Law Firm**
      3651 North 100 East, Ste. 350
      Provo, Utah 84604
      801-374-3000
      801-850-9292 fax
      nelson@abbottlawfirm.com

      **LIFSHITZ & MILLER LLP**
      Joshua M. Lifshitz
      821 Franklin Avenue, Suite 209
      Garden City, New York 11530
      Telephone: (516) 493-9780
      Facsimile: (516) 280-7376
      Email: jml@jlclasslaw.com

      *Attorneys for Plaintiff*
      *Michael Inforzato*