Milo Steven Marsden (#4879)
**DORSEY & WHITNEY LLP**
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email:  marsden.steve@dorsey.com

John P. Stigi III
**SHEPPARD MULLIN RICHTER &
    HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: (310) 228-3700
Facsimile: (801) 228-3917
Email: JStigi@sheppardmullin.com

*Attorneys for Defendants and Nominal Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL INFORZATO, Derivatively and on Behalf of Nominal Defendant LifeVantage Corporation,<br><br>           Plaintiff(s),<br><br>   vs.<br><br>DARREN JENSEN, *et al.*,<br><br>           Defendant(s).<br><br>   and<br><br>LIFEVANTAGE CORPORATION,<br><br>           Nominal Defendant. | **SECOND STIPULATED MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE**<br><br>Civil No. 2:17-cv-00317-JNP<br><br>Judge Jill N. Parrish |

Pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure, all parties to this action, by and through undersigned counsel, hereby stipulate and jointly move this Court for an order dismissing the Verified Shareholder Derivative Complaint and Jury Demand[1] without prejudice, each party to bear its own fees and costs. No payment has been made, nor will one be made, to Plaintiff or his attorneys for this dismissal. A copy of the proposed order of dismissal without prejudice, which has been approved as to form and content by all parties, is attached as Exhibit A.

On November 17, 2017, the parties filed a first Stipulated Motion to Dismiss All Claims Without Prejudice.[2] In accordance with the Court's Order in response thereto,[3] the parties met and conferred and filed a Stipulated Motion to Approve Proposed Notice Plan,[4] which the Court granted on January 2, 2018.[5] Attached as Exhibit B is the Declaration of Lauren McGee confirming LifeVantage Corporation's compliance with the approved Notice Plan.

Notice having been given to shareholders in compliance with Federal Rule of Civil Procedure 23.1(c), and no shareholder having sought to intervene as plaintiff, the parties now stipulate and jointly move this Court for an order dismissing all claims without prejudice.

DATED this 4th day of April, 2018.   **DORSEY & WHITNEY LLP**

By:   /s/ Milo Steven Marsden
     Milo Steven Marsden
     **DORSEY & WHITNEY LLP**
     111 S. Main Street Suite 2100
     Salt Lake City, UT 84111-2176
     Telephone: (801) 933-7360
     Facsimile: (801) 933-7373
     Email: marsden.steve@dorsey.com

---

[1] Docket no. 2, filed April 24, 2017.
[2] Docket no. 9, filed November 17, 2017.
[3] Docket no. 10, filed November 27, 2017.
[4] Docket no. 11, filed December 27, 2017.
[5] Docket no. 12, filed January 2, 2018.

        John P. Stigi III
        **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
        1901 Avenue of the Stars, Suite 1600
        Los Angeles, CA 90067-6017
        Telephone: (310) 228-3700
        Facsimile: (310) 228-3917
        Email: JStigi@sheppardmullin.com

        *Attorneys for Defendants and Nominal Defendant*

DATED this 4th day of April, 2018.    **Abbott Law Firm**

        By:   /s/ Nelson Abbot
             Nelson Abbott
             **Abbott Law Firm**
             3651 North 100 East, Ste. 350
             Provo, Utah 84604
             801-374-3000
             801-850-9292 fax
             nelson@abbottlawfirm.com

             **LIFSHITZ & MILLER LLP**
             Joshua M. Lifshitz
             821 Franklin Avenue, Suite 209
             Garden City, New York 11530
             Telephone: (516) 493-9780
             Facsimile: (516) 280-7376
             Email: jml@jlclasslaw.com

             *Attorneys for Plaintiff Michael Inforzato*